EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 1 8 2002
at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RANDON KEKOA'ALII CHUNG<br><br>    Defendant. | CR. NO. CR02-00150 SOM<br><br>INDICTMENT<br>[21 U.S.C. §841(a)<br>21 U.S.C. §841(b)(1)(A)<br>21 U.S.C. §846 |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about April 3, 2002, in the District of Hawaii, RANDON KEKOA'ALII CHUNG, the defendant, did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (B)(1)(A).

<u>COUNT 2</u>

The Grand Jury charges:

On or about April 3, 2002, in the District of Hawaii, RANDON KEKOA'ALII CHUNG, the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (B)(1)(A).

DATED: April 18, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

2