ORIGINAL   682627

AO 442 (Rev. 10/03) Warrant for Arrest

SEALED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
### District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | Case Number: CR 02-00150SOM-01 |
| RANDON KEKOA'ALII CHUNG | UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| (Name and Address of Defendant) | MAR 3 1 2006 |

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST RANDON KEKOA'ALII CHUNG** and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Violations of Conditions of Supervised Release

RECEIVED 2006 MAR 10 AM 9: 49 U.S. MARSHAL'S SERVICE HONOLULU, HI.

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _Annalehay_ | March 9, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL                     By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received 3/10/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole USM | SIGNATURE OF ARRESTING OFFICER Tony Cole |
| Date of Arrest 3/23/06 | | |