# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:  CR 02-00150SOM

CASE NAME:  USA vs. Randon Kekoa'alii Chung

ATTYS FOR PLA:  Kenneth Sorenson
Carter Lee (USPO)

ATTYS FOR DEFT:  Michael Green

INTERPRETER:

JUDGE:  Susan Oki Mollway          REPORTER:  Debra Chun

DATE:  3/30/2006                    TIME:  3:15 - 3:20

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Randon Kekoa'alii Chung present and in custody.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Mr. Green requests additional time in order research available options.

This hearing is continued to 4/6/06 @ 3:45 p.m. SOM.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.