# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00150SOM |
| CASE NAME: | USA vs. Randon Kekoa'alii Chung |
| ATTYS FOR PLA: | Kenneth Sorenson<br>Carter Lee (USPO) |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 5/16/2006 | TIME: | 2:30 - 2:55 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Randon Kekoa'alii Chung present and in custody.

Ms. Park notified the Court that there are 2 treatment programs available, and that the Defendant is eligible, and bedspace is available tomorrow, at Salvation Army Rehabilitation Center.

Arguments.

Defendant addressed the Court.

Supervised Release is revoked.

ADJUDGED:

Imprisonment: TIME SERVED.

Supervised Release: 56 Months.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter. The defendant to submit up to a maximum of one valid drug test per day as directed by Probation Office.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment. That treatment will include, but not be limited to, enrollment in the Salvation Army Adult Rehabilitation Center Program to which he has been admitted and which he will enroll in tomorrow.

- That the defendant execute all financial disclosure forms requested by the Probation Office and provide access to any requested financial information.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant is prohibited from the possession and use of alcohol.

- That the defendant may be required to reside at and participate in a community confinement corrections center such as Mahoney Hale for a maximum of 180 days, following release from treatment as arranged by the Probation Office.

Defendant advised of his right to appeal.

Defendant remanded to the custody of the USM.

Defendant to be brought to Court tomorrow and be released to the Federal Public Defender's Office, who will transport him to Salvation Army Adult Rehabilitation Center Program.

A continued hearing is set for 5/17/06 @ 3:00 p.m. SOM.

Ms. Park to contact the CRM to cancel the hearing when the defendant is brought in tomorrow.

Submitted by: Toni Fujinaga, Courtroom Manager.