# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 02-00150SOM

CASE NAME:      USA vs. Randon Kekoa'alii Chung

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Susan Oki Mollway          REPORTER:

DATE:     5/17/2006                  TIME:

COURT ACTION: EO: Continued Order to Show Cause as to Why Supervised Release Should Not Be Revoked set for 5/17/06 @ 3:00 p.m. SOM is taken off calendar.

Notified: Kenneth Sorenson AUSA, Shanlyn Park AFPD, USM, and USPO.

Submitted by: Toni Fujinaga, Courtroom Manager.